**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Albert Verrecchia

v. CA:06-496S

James Weeden, et al

**ORDER**

The Attorney General is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **December 5, 2006.**

BY ORDER

Karen Baldinelli
DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 11/20/06