UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT VERRECCHIA

VS. Dkt. No.: 1:06-CV-496

JAMES WEEDEN, WARDEN
ADULT CORRECTIONAL INSTITUTION, ET AL

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, Albert Verrecchia hereby moves that Attorney Cheryl J. Sturm be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_Albert Verrecchia_________________
Plaintiff

By:_/S/_________________________
S. Paul Ryan, Esq.
Bar ID No.: 2264
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660

Dated: 11/15/06

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Pennsylvania and of the following Federal District Court and/or Court of Appeals Bar(s) (SEE ATTACHED LIST OF COURTS), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case names(s) and names(s) of the judges(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

**/S/**
Signature of Pro Hac Vice Applicant
Cheryl J. Sturm
State Bar ID# 40353
387 Ring Road
Chadds Ford, PA 19317
(484) 771-2000
(484) 771-2008 (FAX)

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/S/
Signature of Local Counsel
S. Paul Ryan
RI Bar # 2264
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660
(401) 433-1605 (FAX)

ORDER

This Motion is hereby___________________________________________________________________

_______________________________________
District Judge

Date: