# BAR MEMBERSHIPS

| COURT | DATED ADMITTED | GOOD STANDING |
|---|---|---|
| Pennsylvania Supreme Court | 1984 | yes |
| United States District Courts | | |
| Eastern District of Pennsylvania | 1984 | yes |
| Middle District of Pennsylvania | 1985 | yes |
| Western District of Pennsylvania | 1988 | yes |
| Northern District of New York | 1985 | yes |
| Southern District of New York | 1985 | yes |
| Eastern District of New York | 1985 | yes |
| Western District of New York | 1986 | yes |
| Eastern District of Wisconsin | 1996 | yes |
| Northern District of Texas | 2006 | yes |
| Western District of Texas | 1997 | yes |
| District of Colorado | 1997 | yes |
| Central District of Illinois | 2003 | yes |
| United States Courts of Appeals | | |
| 1st Circuit | 1987 | yes |
| 2nd Circuit | 1985 | yes |
| 3rd Circuit | 1985 | yes |
| 4th Circuit | 1987 | yes |
| 5th Circuit | 1991 | yes |
| 6th Circuit | 1993 | yes |
| 7th Circuit | 1994 | yes |
| 8th Circuit | 1987 | yes |
| 9th Circuit | 1985 | yes |
| 10th Circuit | 1999 | yes |
| 11th Circuit | 1994 | yes |
| District of Columbia | 1998 | yes |
| United States Supreme Court | 1991 | yes |