UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT VERRECCHIA | : | |
| vs. | : | C.A. No. 06-496S |
| JAMES WEEDEN, et al. | : | |

**MODIFIED CERTIFICATION OF SERVICE**

I hereby certify that in addition to electronically filing the response to local counsel, I additionally mailed by first class mail, postage prepaid on the 8th day of May, 2007 a copy of the Response in Opposition to Motion to Compel Documents to Cheryl J. Sturm, Esquire, 387 Ring Road, Chadds Ford, PA 19317.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn

**Virginia M. McGinn, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400