**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT VERRECCHIA** | : | |
| | : | |
| **v.** | : | **C.A.: 06-496S** |
| | : | |
| **JAMES WEEDEN, ET AL** | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned Paul Daly Jr., Assistant Attorney General, and hereby enters his appearance for the State of Rhode Island in the above-entitled matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Paul Daly, Jr.
_________________________
**PAUL DALY, JR., #3970**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Certification

Pursuant to AP 10 of this Court, effective August, 2006, I hereby certify that on August 20, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

S. Paul Ryan, spryan@eplaw.necoxmail.com
Cheryl J. Sturm, sturmcj@aol.com

and, I also placed a copy of the within document in the U.S. mail, postage prepaid, to Cheryl J. Sturm, Esquire, 387 Ring Road, Chadds Ford, PA 19317 on the same date.

/s/ Paul Daly, Jr.