# EXHIBIT
# "A "

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
VS. : C.A. No. P1/96-2465 OO
:
ALBERT VERRECCHIA :

**DEFENDANT'S MOTION TO DISMISS**

Now comes the defendant Albert Verrecchia to dismiss the above indictment with prejudice for the reason that this court granted his motion to compel discovery on November 25, 1996, and said order has not been complied with by the state to date in that the state has provided supplemental responses seven through ten only and has not provided anything else including Grand Jury testimony, tangible evidence, or responses one through seven.

The defendant has not contributed to any delay, and the state's failure to comply with the mandatory discovery provisions of Rhode Island Superior Court Rule of Criminal Procedure 16 and this court's order granting the defendant's motion to compel has prejudiced the defendant in that he has not been able to prepare a defense and to adequately prepare for trial.

Defendant,
By his Attorney,

Stephen P. Nugent
607 Hospital Trust Building
Providence, RI 02903

Hearing Date: January 31, 1997

CERTIFICATION

I hereby certify that I sent a copy to the Attorney General's Office, 150 Main Street, Providence, RI 02903 on this 28th day of January 1997.

# EXHIBIT "B "

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
VS. : Ind. No. P1/96-2465 OO
:
ALBERT VERRECCHIA :

**DEFENDANT'S MOTION TO SET BAIL**

Now comes the defendant who hereby requests bail be set on count 292 wherein the Defendant has been held without bail continuously since July 24, 1996. The Defendant's motion for a speedy trial was granted by this court on November 25, 1996, the Defendant has been held without bail for more than six months since his arraignment on July 24,1996 and he has not been brought to trial despite his demand for a speedy trial which was granted by this court.

Wherefore, Defendant demands that bail be set in a reasonable amount, and further that the bail set on each of the other counts be reduced from $5,000 with surety (which totals approximately $350,000 with surety) to no more than $50,000 with surety total, in that the Defendant is indigent and unable to post bail.

Defendant,
By his Attorney,

______________________
STEPHEN P. NUGENT
607 Hospital Trust Building
Providence, RI 02903
401-421-9292

Hearing Date: January 31, 1997

CERTIFICATION

I hereby certify that I sent a copy to the Attorney General's Office, 150 Main Street, Providence, RI 02903 on this 24th day of January 1997.

______________________

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
VS. : Ind. No. P1/96-2465 OO
:
ALBERT VERRECCHIA :

**ORDER**

The above case came on for hearing on before Judge Gemma on November 25, 1996 on the defendant's motions to set bail and to compel a response to his request for discovery and inspection and, after hearing thereon, it is hereby,

**ORDERED, ADJUDGED AND DECREED**

That the defendant's motion for a speedy trial is granted and that the defendant's motion to compel is granted and the state has thirty days in which to respond to the defendant's request for discovery and inspection.

Entered as an Order of this Court this _____ day of _________, 19__.

ENTER:___________________________ ORDER:__________________________

**CERTIFICATION**

Presented by Stephen P. Nugent, I certify that a copy of the above order was sent to the Attorney Generals Office, 150 Main Street, Providence, RI 02903 on this 24th day of January, 1997

___________________________

# EXHIBIT
# "C "

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
VS. : P1/96-2465 OO
:
ALBERT VERRECHIA :

## ORDER

The above case came on for hearing before Judge Gemma on January 31, 1997 on the defendant's motion to set bail and to dismiss for the state's failure to comply with the court's order compelling discovery, and, after hearing thereon, it is hereby,

## ORDERED, ADJUDGED AND DECREED

1. That the defendant's motion to set bail on count 292 is granted and bail is set in the amount of Fifty thousand dollars ($50,000) with surety on that count:

2. That the defendant's motion to dismiss is denied based upon the state's representations that the outstanding discovery including the original response to the defendant's request for discovery and inspection and all supplemental responses and grand jury tapes shall be delivered to defendant within the next Seventy-two hours.

Entered as an Order of this Court this 6th day of Feb, 1997

ENTER: Gemma, J. ORDER: Shirley Lopes

PRESENTED BY: [signature]
Stephen P. Nugent, Esq.

## CERTIFICATION

I certify that a copy of the above order was sent to William Ferland, Esq., Attorney General's Office, 150 South Main Street, Providence, RI 02903 on this 5th day of February, 1997

[signature]

SUPERIOR COURT
FILED
HENRY S. KINCH, JR.
97 FEB -7 AM 11: 31

True Copy Attest
Hy S. Kinch, Jr. ,Clerk
Offices of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island