**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Albert Verrecchia**
**Petitioner**

**V.** **Case Number: C.A. NO. 06-496S**

**James Weeden, et al**
**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Respondents, James Weeden, Warden ACI and Patrick Lynch, Attorney General, State of Rhode Island against the Petitioner, Albert Verrecchia pursuant to the Court's Order dated September 12, 2007, granting Respondent's Motion to Dismiss and dismissing with prejudice Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**BY ORDER:**

Kreen Baldsmith

**September 13, 2007**
**Date**

**Deputy Clerk**