**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT VERRECCHIA** | : | |
| | : | |
| **v.** | : | **C.A.: 06-496S** |
| | : | |
| **JAMES WEEDEN, ET AL** | : | |

**OBJECTION TO PETITIONER'S MOTION TO ALTER OR AMEND FINAL ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59 (e)**

Now comes the State of Rhode Island and objects to petitioner's "Motion to Alter or Amend Final Order Pursuant to Rule 59 F.R.Civ.P.". In support of this objection, the state relies upon the accompanying memorandum.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn
**Virginia M. McGinn, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

Pursuant to AP 10 of this Court, effective August, 2006, I hereby certify that on the 11th day of October, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

S. Paul Ryan, spryan@eplaw.necoxmail.com and
Cheryl J. Sturm, sturmcj@aol.com

and, I also placed a copy of the within document in the U.S. mail, postage prepaid, to Cheryl J. Sturm, Esquire, 387 Ring Road, Chadds Ford, PA 19317 on the same date.

/s/ Virginia M. McGinn

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALBERT VERRECCHIA** | : | |
| | : | |
| **vi.** | : | **C.A.: 06-496S** |
| | : | |
| **JAMES WEEDEN, ET AL** | : | |

**MEMORANDUM IN SUPPORT OF OBJECTION TO PETITIONER'S MOTION TO ALTER OR AMEND FINAL ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59 (e).**

Petitioner has filed a motion to alter or amend a final order in this matter. In support of this motion, petitioner regurgitates the same claims he made in his original habeas petition (document 1) and in numerous subsequent filings, namely, "Reply Memorandum" (document 6); "Motion to Compel Additional Transcripts" (document 11); "Response in Opposition" to the State's Objection to Compel Additional Transcripts (document 14); "Objection to Report and Recommendations of Magistrate Judge" (document 16) and "Motion to Supplement Record" (document 18). Petitioner was also afforded a hearing, pursuant to his request, wherein his attorney presented these arguments to this Court.

The Court only has discretion to grant Rule 59 (e) relief in very narrow circumstances, such as when there has been an intervening change in the law, to account for new evidence not available at trial or to correct a clear error of law or prevent manifest injustice. *See* Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002). Moreover, Rule 59 (e) motions "may not be used to make arguments that could have been made before the judgment was entered". *Id. See also* Trabal Hernandez v. Sealand Services, Inc., 230 F.Supp.2d 258, 259 (D.P.R. 2002)(Rule 59 (e) motions are not appropriate for

arguments that could have been raised or to repeat old arguments that have already been rejected and are extraordinary remedies that should be applied sparingly).

The petitioner not only ***could have raised*** but ***did raise*** the same arguments that he includes in this motion in nearly all of his federal court filings and at the September 6, 2007 hearing. This Court has previously considered and rejected these arguments and "[t]hat Defendant has a difference of opinion with the Court in this matter is not grounds for reconsideration under Rule 59 (e)." Trabal Hernandez v. Sealand Services, Inc., 230 F.Supp.2d at 260. ***See also*** McMillan v. Jarvis, 332 F.3d 244, 246 (4th Cir. 2003)("the district court gave full consideration to each of petitioner's contentions on the merits before ultimately rejecting them."). For the reasons set forth herein, and for the substantive reasons contained in the state's previous responses to these same arguments[1], the state respectfully requests that this latest motion also be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. McGinn
**Virginia M. McGinn, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

[1] ***See*** "Response in Opposition" (document 3); "Rule 5 (c) Statement" (document 10); "Response in Opposition to Compel Additional Transcripts" (document 12) and "Response in Opposition to Supplement Record" (document 19).

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August, 2006, I hereby certify that on the 11th day of October, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

S. Paul Ryan, spryan@eplaw.necoxmail.com and
Cheryl J. Sturm, sturmcj@aol.com.

and, I also placed a copy of the within document in the U.S. mail, postage prepaid, to Cheryl J. Sturm, Esquire, 387 Ring Road, Chadds Ford, PA 19317 on the same date.

/s/ Virginia M. McGinn