UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT VERRECCHIA<br>Petitioner | : C.A. No. 06-496S |
| | : |
| vs | : |
| | : |
| JAMES WEEDEN, et al.<br>Respondent | : NOTICE OF APPEAL |

Kindly take notice that Petitioner/ Movant Albert Verrecchia hereby appeals to the United States Court of Appeals for the First Circuit from the final orders filed on the matter captioned above on September 13, 2007 and October 15, 2007 .

Dated: November 13, 2007

Respectfully submitted,

/s/Cheryl J. Sturm
Attorney at Law
387 Ring Road
Chadds Ford, Pa. 19317
484-771-2000
484-771-2008(fax)
Sturmcj@aol.com

/s/S. Paul Ryan
S. Paul Ryan
Attorney-at-Law
670 Willett Avenue
East Providence, R.I. 02915
401/437-0660
(local counsel)

**CERTIFICATION**

Pursuant to AP10 of this Court, effective August, 2006, I hereby certify that on the 13th day of November, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney of record:

Virginia M. McGinn
Department of Attorney General
vmcginn@riag.ri.gov

/s/ S. Paul Ryan